GARY R. BASHAM (SBN 130119)
NATHAN T. JACKSON (SBN 285620)
BASHAM LAW GROUP
8801 Folsom Blvd., Suite 177
Sacramento California 95826
Telephone:  (916) 993-4840
Facsimile:   (916) 266-7478
Email:   gary@bashamlawgroup.com
         nathan@bashamlawgroup.com

Attorneys for Plaintiff
JAMES PISANO

JAMES T. JONES (SBN 167967)
NICHOLAS D. POPER (SBN 293900)
JACKSON LEWIS P.C.
400 Capitol Mall, Suite 1600
Sacramento, California 95814
Telephone:  (916) 341-0404
Facsimile:   (916) 341-0141
Email:   jonesj@jacksonlewis.com
         nicholas.poper@jacksonlewis.com

Attorneys for Defendant
RESTAURANT TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES PISANO, an individual, | CASE NO.  2:16-CV-00859-MCE-CKD |
| Plaintiff, | **STIPULATION AND ORDER TO MODIFY INITIAL PRETRIAL SCHEDULING ORDER** |
| v. | |
| RESTAURANT TECHNOLOGIES, INC., a Delaware Corporation ; and DOES 1−50 inclusive, | |
| Defendants. | |

**IT IS HEREBY STIPULATED AND AGREED** by Plaintiff JAMES PISANO ("Plaintiff") and Defendant RESTAURANT TECHNOLOGIES, INC. ("Defendant") (collectively the "Parties"), by and through their respective counsel of record, that the Initial Pretrial Scheduling Order be modified to continue the discovery cut-off from March 3, 2017, to

///

///

1

July 28, 2017, with all pretrial deadlines to be continued in accordance with the new discovery cut-off date. Pursuant to Local Rule 144, the Parties confirm that no previous extensions have been requested or obtained.

The proposed modification of the Initial Pretrial Scheduling Order is proper under Federal Rule of Civil Procedure 16(b)(4), which allows the Court to modify a scheduling order upon a showing of good cause. Fed. R. Civ. Proc. 16(b)(4); *Johnson v. Mammoth Recreations, Inc.* (9th Cir. 1992) 975 F.2d 604, 607-608. Good cause exists for the continuance of the discovery cut-off and related pretrial deadlines.

Plaintiff filed a complaint in state court on March 3, 2016, alleging fourteen causes of action for wage and hour violations, wrongful termination, disability discrimination, and retaliation. Defendant removed the action to this Court on April 25, 2016. On or about June 24, 2016, the Parties met and conferred pursuant to Federal Rule of Civil Procedure 26(f). Since then, the Parties have served their initial disclosures, as well as engaged in written discovery. The Parties have engaged in numerous informal meet and confer discussions in a continued effort to address and resolve any outstanding discovery issues and disputes without court intervention. To date, the Parties have been able to resolve these issues without court intervention. Despite the Parties' diligent efforts, additional time is needed to complete written discovery and depositions. Counsel for Defendant had intended to conduct significant discovery during the period of January 2017 through the discovery cutoff, but Counsel for Plaintiff has been involved in a trial from January 2017 through February 2017, and requested that discovery be extended due to that trial. Counsel for Plaintiff wished to conduct significant discovery following their trial, but Counsel for Defendant will be involved in a federal court trial starting in April 2017, which is anticipated to last several weeks, and Counsel for Defendant is actively preparing for that trial at this time.

Accordingly, the Parties believe the reasons set forth above establish good cause for the Court to grant this request. Specifically, the Parties stipulate and request that the Court modify the Initial Pretrial Scheduling Order issued on April 25, 2016 as follows:

///

///

1  A.  All discovery, with the exception of expert discovery, shall be completed no later than **July 28, 2017**.

2  B.  Disclosure of expert witnesses shall be made not later than sixty (60) days after the close of discovery (or **September 26, 2017**). Any party may designate a supplemental list of expert witnesses within thirty (30) days after the designation of expert witnesses.

3  C.  The parties shall file dispositive motions no later than one hundred eighty (180) days after the close of discovery (or **January 24, 2018**).

4  D.  Except as stated herein, the Initial Pretrial Scheduling Order issued on April 25, 2016, will continue to govern this case.

Dated: February 21, 2017                BASHAM LAW GROUP

                                        By: */s/ Nathan T. Jackson* [as authorized on 02.21.17]
                                            GARY R. BASHAM
                                            NATHAN T. JACKSON

                                        Attorneys for Plaintiff
                                        JAMES PISANO

Dated: February 21, 2017                JACKSON LEWIS P.C.

                                        By: */s/ Nicholas D. Poper*
                                            JAMES T. JONES
                                            NICHOLAS D. POPER

                                        Attorneys for Defendant
                                        RESTAURANT TECHNOLOGIES, INC.

## ORDER

Pursuant to the above Stipulation of the Parties, and good cause appearing, the April 25, 2016 Initial Pretrial Scheduling Order is modified as follows:

A.  All discovery, with the exception of expert discovery, shall be completed no later than **July 28, 2017**.

3

Stipulation and [Proposed] Order to Modify Initial        *James Pisano v. Restaurant Technologies, Inc.*
Pretrial Scheduling Order                                 Case No. 2:16-CV-00859-MCE-CKD

B. Disclosure of expert witnesses shall be made not later than sixty (60) days after the close of discovery (or **September 26, 2017**). Any party may designate a supplemental list of expert witnesses within thirty (30) days after the designation of expert witnesses.

C. The parties shall file dispositive motions no later than one hundred eighty (180) days after the close of discovery (or **January 24, 2018**).

D. Except as stated herein, the Initial Pretrial Scheduling Order issued on April 25, 2016, will continue to govern this case.

**IT IS SO ORDERED.**

Dated: February 27, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

4

Stipulation and [Proposed] Order to Modify Initial            *James Pisano v. Restaurant Technologies, Inc.*
Pretrial Scheduling Order                                      Case No. 2:16-CV-00859-MCE-CKD