GARY R. BASHAM (SBN 130119)
BASHAM LAW GROUP
8801 Folsom Blvd., Suite 177
Sacramento, California 95826
Telephone: (916) 993-4840
Facsimile: (916) 266-7478
Email: gary@bashamlawgroup.com

Attorneys for Plaintiff
JAMES PISANO


JAMES T. JONES (SBN 167967)
JACKSON LEWIS P.C.
400 Capitol Mall, Suite 1600
Sacramento, California 95814
Telephone: (916) 341-0404
Facsimile: (916) 341-0141
Email: jonesj@jacksonlewis.com


Attorneys for Defendant
RESTAURANT TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES PISANO, an individual, | Case No. 2:16-cv-00859-MCE-CKD |
| PLAINTIFF, | **JOINT STIPULATION FOR DISMISSAL; ORDER THEREON** |
| v. | |
| | Complaint Filed: March 3, 2016 |
| RESTAURANT TECHNOLOGIES, INC., a Delaware Corporation; and DOES 1 through 50, inclusive, | |
| Defendants. | |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

  Plaintiff JAMES PISANO and Defendant RESTAURANT TECHNOLOGIES, INC. stipulate to and jointly request that this Court enter a dismissal with prejudice of Plaintiff's

complaint in the above-entitled action pursuant to Fed. R. Civ. P. 41(a)(2), with each side to bear their own costs and attorneys' fees.

Dated: February 26, 2019                    BASHAM LAW GROUP

                                            */s/ Gary R. Basham*
                                            Gary R. Basham

                                            Attorney for Plaintiff
                                            JAMES PISANO


Dated: February 26, 2019                    JACKSON LEWIS P.C.

                                            */s/ James T. Jones*
                                            James T. Jones

                                            Attorneys for Defendant
                                            RESTAURANT TECHNOLOGIES, INC.


## **ORDER**

In accordance with the foregoing stipulation of the parties, and good cause appearing, the above-entitled action is hereby dismissed with prejudice, with each side to bear their own costs and attorneys' fees. The matter having now been dismissed in its entirety, the Clerk of Court is directed to close the file.

IT IS SO ORDERED.

Dated: February 26, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE